1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>      Plaintiff,<br><br>  v.<br><br>K. SANTORO, et al.,<br><br>      Defendants. | Case No. 1:20-cv-00015-NONE-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT CERTAIN CLAIMS AND DEFENDANTS BE DISMISSED<br><br>(ECF NOS. 1 & 11)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS |

9

10

11

12

13

14

15       James S. Bush ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis*

16  in this civil rights action filed pursuant to 42 U.S.C. § 1983.

17       Plaintiff filed the complaint commencing this action on January 6, 2020.  (ECF No. 1).

18  The Court screened Plaintiff's complaint.  (ECF No. 11).  The Court found that only the

19  following claims should proceed past the screening stage: Plaintiff's claim against Defendant

20  Ibarra and Doe ISU Officers for excessive force in violation of the Eighth Amendment and

21  Plaintiff's claim against Defendants Hilario and Flowers for deliberate indifference to serious

22  medical needs in violation of the Eighth Amendment.  (Id.).

23       The Court allowed Plaintiff to choose between proceeding only on the claims identified

24  above, amending the complaint, or standing on the complaint subject to the Court issuing

25  findings and recommendations to a district judge consistent with the screening order.  (Id. at

26  10).  On August 7, 2020, Plaintiff notified the Court that he wants to proceed only on the

27  claims identified above.  (ECF No. 16).

28       Accordingly, for the reasons set forth in the Court's screening order that was entered on

April 13, 2020 (ECF No. 11), and because Plaintiff has notified the Court that he wants to proceed only on his claim against Defendant Ibarra and Doe ISU Officers for excessive force in violation of the Eighth Amendment and his claim against Defendants Hilario and Flowers for deliberate indifference to serious medical needs in violation of the Eighth Amendment (ECF No. 16), it is HEREBY RECOMMENDED that all claims and defendants be dismissed, except for Plaintiff's claim against Defendant Ibarra and Doe ISU Officers for excessive force in violation of the Eighth Amendment and Plaintiff's claim against Defendants Hilario and Flowers for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

These findings and recommendations will be submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   __**August 11, 2020**__          _____/s/ Erica P. Grosjean_____
UNITED STATES MAGISTRATE JUDGE