UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>        Plaintiff,<br><br>    v.<br><br>K. SANTORO, et al.,<br><br>        Defendants. | No. 1:20-cv-00015-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. Nos. 1, 11, & 19) |

      James S. Bush ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On August 12, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending "that all claims and defendants be dismissed, except for Plaintiff's claim against Defendant Ibarra and Doe ISU Officers for excessive force in violation of the Eighth Amendment and Plaintiff's claim against Defendants Hilario and Flowers for deliberate indifference to serious medical needs in violation of the Eighth Amendment."  (Doc. No. 19 at 2.)

      Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline for filing objections has passed and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on August 12, 2020, (Doc. No. 19), are ADOPTED in full;
2. All claims and defendants are dismissed, except for plaintiff's claim against defendant Ibarra and Doe ISU Officers for excessive force in violation of the Eighth Amendment and plaintiff's claim against defendants Hilario and Flowers for deliberate indifference to serious medical needs in violation of the Eighth Amendment; and
3. The Clerk of Court is directed to reflect the dismissal of all defendants on the court's docket, except for defendants Ibarra, Hilario, and Flowers. Additionally, the Clerk of Court is directed to add defendant Doe ISU Officers to the court's docket.

IT IS SO ORDERED.

Dated: **September 22, 2020**

UNITED STATES DISTRICT JUDGE