

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES S. BUSH,

            Plaintiff,

   v.

FLOWERS, et al.,

            Defendants.

Case No. 1:20-cv-00015-NONE-EPG (PC)

ORDER RE: NOTICE OF APPEARANCE
(ECF No. 24)

James S. Bush ("Plaintiff") is a state prisoner proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 22, 2020, counsel Thomas Kayes filed a notice of appearance on behalf of Plaintiff.  (ECF No. 24).  However, under this Court's local rules, counsel Kayes was required to file and serve a substitution of attorneys.  Local Rule 182(a)(2).

The Court will waive this defect, but given that there is nothing on the docket indicating Plaintiff's assent to being represented by counsel Kayes, the Court will require Plaintiff to file a notice with the Court indicating whether he assents to being represented by counsel Kayes.

\\\

\\\

\\\

Accordingly, IT IS ORDERED that Plaintiff has fourteen days from the date of service of this order to file a notice with the Court indicating whether he assents to being represented by counsel Kayes.  The notice must be signed by Plaintiff.

IT IS SO ORDERED.

Dated:   **October 26, 2020**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE