UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>          Plaintiff,<br><br>     v.<br><br>FLOWERS, et al.,<br><br>          Defendants. | Case No. 1:20-cv-00015-NONE-EPG (PC)<br><br>ORDER FOLLOWING INITIAL SCHEDULING CONFERENCE |

James Bush ("Plaintiff") is a state prisoner proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 7, 2021, the Court held an Initial Scheduling Conference ("Conference"). Plaintiff and counsel Thomas Richard Kayes telephonically appeared on behalf of Plaintiff. Counsel Andrea Sogand Moon telephonically appeared on behalf of Defendants.

During the Conference, and with the benefit of the scheduling conference statements provided by the parties, the Court and the parties discussed relevant documents in this case and their possible locations. For the reasons stated on the record, the Court orders as follows:

1. Defendants shall provide Plaintiff with the evidence and/or witness statements that were generated from the investigation into the grievance filed by Plaintiff related to the allegations in the complaint. Prior to Defendants providing the

documents, the parties shall meet and confer regarding a protective order.[1] If the parties cannot agree to a protective order, Defendants shall promptly provide the evidence and/or witness statements to the Court for *in camera* review.[2]

2. Service may be made by email under Federal Rule of Civil Procedure 5(b)(2)(E).

3. Any party taking a deposition may take that deposition remotely. See Fed. R. Civ. P. 30(b)(4).

4. Both parties have permission to depose inmate witness Jaime Hernandez, #AL0141. See Fed. R. Civ. P. 30(a)(2)(B).

IT IS SO ORDERED.

Dated: __April 8, 2021__         /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 141.1(c) lists the requirements of a proposed protective order.

[2] If Plaintiff wants other documents and/or evidence that was generated from the investigation, the parties shall meet and confer regarding the production of the documents and/or evidence. If the parties cannot agree, Plaintiff can challenge the withholding of the documents and/or evidence pursuant to the procedures laid out in the Court's scheduling order, which will be issued in due course.