UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>           Plaintiff,<br>   v.<br><br>FLOWERS, et al.,<br><br>           Defendants. | Case No. 1:20-cv-00015-NONE-EPG (PC)<br><br>ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER IN PART<br><br>(ECF No. 47) |

IT IS ORDERED that Stipulated Protective Order Regarding the Treatment of Confidential Information (ECF No. 47) is APPROVED, with Section 6.3 being modified as follows:

If the Parties cannot resolve a challenge without court intervention, the Challenging Party may request an informal discovery dispute conference pursuant to the procedures described in the Court's scheduling order (ECF No. 36).[1]

IT IS SO ORDERED.

Dated:  **August 2, 2021**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] Additionally, the Court notes that while it is approving the stipulation, it is not making a determination that any document, or any category of documents, is protected by the official information privilege.  Parties may challenge any designation of privilege through the procedures described in the Court's scheduling order.

1