UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>            Plaintiff,<br><br>v.<br><br>FLOWERS, et al.,<br><br>           Defendants. | Case No. 1:20-cv-00015-JLT-EPG (PC)<br><br>ORDER APPROVING STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 61) |

Pursuant to the stipulation of the parties (ECF No. 61), and finding good causes exists, the Court will modify the Scheduling Order (ECF No. 36, as modified by ECF No. 52). The remaining dates and deadlines in this case are as follows:

| Event | Deadline/Date |
|---|---|
| Non-expert Discovery | Monday, May 22, 2022 |
| Expert Disclosure | Friday, June 24, 2022 |
| Rebuttal Expert Disclosure | Friday, July 22, 2022 |
| Expert Discovery | Tuesday, August 23, 2022 |
| Dispositive Motions (other than dispositive motions based on the defense of failure to exhaust administrative remedies) | Friday, October 7, 2022 |

All other terms and conditions of the Scheduling Order remain in full force and effect.

- 1 -

Additionally, pursuant to the terms of the stipulation, IT IS ORDERED that:

1. Plaintiff Bush must serve his responses to Defendants' first set of interrogatories no later than March 14, 2022; and
2. Defendants' substantive responses to Plaintiff Bush's First Set of Interrogatories to Defendants R. Flowers, R. Hilario, P. Ibarra, E. Hernandez, and J. Ceja's regarding Defendants' financial condition are stayed until after the Defendants are deposed and the Parties further meet and confer to determine whether it is appropriate to provide each Defendant's financial information based on the Defendant's testimony about his or her actual involvement in the March 19, 2019 incident with Plaintiff Bush.

IT IS SO ORDERED.

Dated:  **March 3, 2022**                          /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE