UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FLOWERS, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00015-JLT-EPG (PC)<br><br>ORDER APPROVING SECOND STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 63) |

Pursuant to the stipulation of the parties (ECF No. 63), and finding good causes exists, the Court will modify the Scheduling Order (ECF No. 36, as modified by ECF Nos. 52 & 62). The remaining dates and deadlines in this case are as follows:

| Event | Deadline/Date |
|---|---|
| Non-expert Discovery | Friday July 22, 2022 |
| Expert Disclosure | Friday, August 26, 2022 |
| Rebuttal Expert Disclosure | Friday, September 23, 2022 |
| Expert Discovery | Friday, October 28, 2022 |
| Dispositive Motions (other than dispositive motions based on the defense of failure to exhaust administrative remedies) | Monday, November 7, 2022 |

\\\

- 1 -

All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated:  **May 3, 2022**              /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE