UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLOWERS, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00015-JLT-EPG (PC)<br><br>ORDER GRANTING SECOND MOTION FOR LEAVE TO DEPOSE INCARCERATED WITNESSES AND VACATING HEARING<br><br>(ECF No. 65) |

　　　　Plaintiff James Bush is proceeding *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On June 21, 2022, Plaintiff filed a motion for leave to depose Christopher M. Bautista (CDCR #BH5598) and Matthew Fruhson (CDCR #AR2274), incarcerated witnesses. (ECF No. 65). According to Plaintiff, Defendants "do not object to the deposition of these witnesses." (ECF No. 65, p. 2). Additionally, Bautista and Fruhson are eyewitnesses to a critical event in this case, the alleged excessive force incident. (Id.).

　　　　Under Federal Rule of Civil Procedure 30(a)(2)(B), "A party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) … if the deponent is confined in prison."

　　　　As Defendants do not oppose the motion, and as Plaintiff has alleged that Bautista and Fruhson are eyewitnesses to the alleged excessive force incident, the Court will grant Plaintiff's

motion.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff has leave to depose Christopher M. Bautista (CDCR #BH5598) and Matthew Fruhson (CDCR #AR2274); and
2. The hearing set for July 1, 2022, is VACATED.

IT IS SO ORDERED.

Dated:   **June 22, 2022**        /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] While the Court is granting Plaintiff's motion to depose incarcerated witnesses, Plaintiff must still comply with Federal Rule of Civil Procedure 30 regarding depositions, including that "[t]he noticing party bears the recording costs" and that the officer recording the deposition only needs to provide a copy of the transcript to Plaintiff "[w]hen paid reasonable charges." The Court is not authorizing any court payment for expenses associated with the deposition.