UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>        Plaintiff,<br><br>v.<br><br>FLOWERS, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00015-JLT-EPG (PC)<br><br>ORDER APPROVING THIRD STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 68) |

On July 21, 2022, the parties filed their third joint stipulation to modify the scheduling order. (ECF No. 67). On that same day, the parties filed an amended stipulation. (ECF No. 68). Pursuant to the amended stipulation of the parties (ECF No. 68), and finding good causes exists, the Court will modify the Scheduling Order (ECF No. 36, as modified by ECF Nos. 52, 62, & 64). The remaining dates and deadlines in this case are as follows:

| Event | Deadline/Date |
|---|---|
| Non-expert Discovery | September 9, 2022 |
| Expert Disclosure | September 26, 2022 |
| Rebuttal Expert Disclosure | November 7, 2022 |
| Expert Discovery | November 28, 2022 |

- 1 -

N/A

| | |
|---|---|
| Dispositive Motions (other than dispositive motions based on the defense of failure to exhaust administrative remedies) | December 21, 2022 |

All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated:  **July 22, 2022**          /s/ *Erica P. Grosjean*
                                   UNITED STATES MAGISTRATE JUDGE