UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>                Plaintiff,<br><br>v.<br><br>FLOWERS, et al.,<br><br>                Defendants. | Case No. 1:20-cv-00015-JLT-EPG (PC)<br><br>ORDER APPROVING FOURTH STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 71) |

On September 16, 2022, the parties filed their fourth joint stipulation to modify the scheduling order. (ECF No. 71). The parties ask the Court to extend the expert discovery deadlines because "[t]he parties have not yet received the transcript from Plaintiff's deposition," and "[t]hey wish to give their experts the opportunity to review the transcript before finalizing expert reports." (Id. at 2).

Pursuant to the stipulation of the parties (ECF No. 71), and finding good causes exists, the Court will modify the Scheduling Order (ECF No. 36, as modified by ECF Nos. 52, 62, 64, & 69). The remaining dates and deadlines in this case are as follows:

| Event | Deadline/Date |
|---|---|
| Expert Disclosure Deadline | October 26, 2022 |
| Rebuttal Expert Disclosure Deadline | December 7, 2022 |
| Expert Discovery Cutoff | January 21, 2023 |

- 1 -

| Dispositive Motion Deadline (other than dispositive motions based on the defense of failure to exhaust administrative remedies) | December 21, 2022 |
|---|---|

All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

Dated:  **September 19, 2022**          /s/ Eric P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE