1
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9

10    JAMES S. BUSH,                          Case No. 1:20-cv-00015-JLT-EPG (PC)

11              Plaintiff,                     ORDER GRANTING STIPULATED
                                               MOTION TO EXTEND DISPOSITIVE
12    v.                                       MOTION DEADLINE

13    FLOWERS, et al.,                         (ECF No. 73)

14              Defendants.

15

16          On December 8, 2022, the parties filed their fifth joint request to modify the scheduling

17    order. (ECF No. 73).   According to the motion, both parties have disclosed medical experts, and

18    the parties are setting depositions of the retained experts to occur before the expert discovery

19    cutoff, which is January 21, 2023.  (Id. at 2).  As "the claim at issue and the retained experts

20    implicate medical care and the experts' depositions and reports could be relevant" to the

21    dispositive motion, Defendants ask to extend the dispositive motion deadline.  (Id.).  "Plaintiff's

22    Counsel stipulated to the request to amend the scheduling order to allow for a filing of a

23    dispositive motion to no later than February 21, 2023."  (Id.).

24          Pursuant to the stipulated motion of the parties (ECF No. 73), and finding good cause

25    exists, the Court will modify the Scheduling Order (ECF No. 36, as modified by ECF Nos. 52, 62,

26    64, 69, & 72).   Accordingly, IT IS ORDERED that the deadline to file dispositive motions (other

27    than dispositive motions based on the defense of failure to exhaust administrative remedies) is

28

February 21, 2023.

      All other terms and conditions of the Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

    Dated:   **December 12, 2022**           /s/ _Erica P. Grosjean_
                                UNITED STATES MAGISTRATE JUDGE