UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>        Plaintiff,<br><br>v.<br><br>FLOWERS, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00015-JLT-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO REFLECT THE DISMISSAL OF DEFENDANTS FLOWERS AND HILARIO ON THE COURT'S DOCKET<br><br>(ECF No. 77) |

On March 6, 2023, the parties filed a joint stipulation dismissing defendants Flowers and Hilario with prejudice and with each side bearing its own costs and attorneys' fees. (ECF No. 77). In light of the parties' stipulation, the case against defendants Flowers and Hilario has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to reflect the dismissal of defendants Flowers and Hilario on the Court's Docket.

IT IS SO ORDERED.

    Dated:  **March 7, 2023**            /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE