UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>            Plaintiff,<br><br>      v.<br><br>P. IBARRA, et al.,<br><br>            Defendants. | Case No. 1:20-cv-0015 JLT EPG (PC)<br><br>ORDER TERMINATING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Doc. 75) |

On February 21, 2023, defendants Flowers and Hilario filed a motion for summary judgment. (Doc. 75). On March 6, 2023, the parties filed a joint stipulation dismissing the claims against Flowers and Hilario with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. 77.) Because Flowers and Hilario have been dismissed as defendants, their pending motion for summary judgment is **TERMINATED** as moot.

IT IS SO ORDERED.

   Dated:   **March 21, 2023**

_____
UNITED STATES DISTRICT JUDGE

- 1 -