UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. IBARRA, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00015-JLT-EPG (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE TO BE RESET<br><br>(ECF Nos. 84, 85). |

Plaintiff James Bush is a state prisoner proceeding through counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court set a settlement conference for July 17, 2023, and issued a writ to Plaintiff's prison to produce him by Zoom. (ECF Nos. 84, 85).

However, a prison employee has contacted the Court's staff, stating that Plaintiff is in the custody of the Los Angeles County Sheriff for an upcoming court date for July 7, 2023, in the Los Angeles County Superior Court. The prison employee could not advise when Plaintiff would return to the prison's custody.

Given these circumstances, IT IS ORDERED as follows:

1. The July 17, 2023 settlement conference (ECF No. 84) is vacated. And Plaintiff's counsel shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) by no later than July 6, 2023, to reschedule the settlement conference

1

2. The writ to produce Plaintiff by Zoom (ECF No. 85) is vacated.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Centinela State Prison at (760) 337-9592 or via email.

IT IS SO ORDERED.

Dated:  **June 14, 2023**                        /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE

2