UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>                Plaintiff,<br><br>     v.<br><br>P. IBARRA, et al.,<br><br>                Defendants. | Case No. 1:20-cv-00015-JLT-EPG (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

Plaintiff is a state prisoner proceeding through counsel with this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court previously determined that this case would benefit from a settlement conference and set a settlement conference for July 17, 2023, before Magistrate Judge Christopher D. Baker. (ECF No. 84). The Court was notified that Plaintiff was no longer in the custody of the CDCR and the settlement conference was vacated, to be reset at a later date. (ECF No. 86).

The settlement conference will be reset for August 28, 2023, at 10:30 a.m. before Magistrate Judge Christopher D. Baker. The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference. The Court will issue the necessary transportation order in due course.

In accordance with the above, IT IS ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Christopher D. Baker on August 28, 2023, at 10:30 a.m. The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference. Defense counsel and Plaintiff's counsel shall jointly arrange for Plaintiff's participation. The Zoom settlement conference invitation will be distributed the week prior, or counsel may contact Susan Hall, Courtroom Deputy for Magistrate Judge Christopher D. Baker, at SHall@caed.uscourts.gov. Any difficulties concerning the Zoom video conference, or connecting to the Zoom video conference, shall immediately be reported to Susan Hall. The Court will issue a writ of *habeas corpus ad testificandum* to allow for Plaintiff's participation, as appropriate.

2. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

3. Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.

4. If parties have not already engaged in informal settlement negotiations, parties shall do so as follows: No later than **August 4, 2023**, Plaintiff shall submit to Defendants, by e-mail, a written itemization of damages and a meaningful settlement demand, including a brief explanation of why such settlement is appropriate, which shall not exceed 5 pages. No later than **August 11, 2023**, Defendants shall respond, by email, with an acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief explanation of why such settlement is appropriate. If settlement is achieved, the parties shall file a Notice of Settlement as required by Local Rule 160.

5. If settlement is not achieved informally, the parties shall submit updated confidential settlement conference statements no later than **August 17, 2023,** via email to

CDBorders@caed.uscourts.gov. Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the Court. The confidential settlement conference statements themselves **should not be filed** with the Court **nor served** on the opposing party.

6. The confidential settlement conference statements should be no longer than 5 pages in length and include:

   a. A brief statement of the facts of the case;

   b. A brief statement of the claims and defenses of the case, *i.e.*, the statutory, constitutional, or other grounds upon which the claims are founded;

   c. A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;

   d. An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;

   e. A summary of past settlement discussions, including the informal settlement negotiations required above; a statement of the party's current position on settlement, **including the amount the party would offer and accept to settle** (in specific dollar amounts); and a statement of the party's expectations for settlement discussions;

   f. An estimate of any restitution allocated to Plaintiff, or other financial obligation assigned to Plaintiff, that would affect the parties' settlement discussions;

   g. A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles; and,

   h. If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

7. The Clerk of the Court is directed to serve a copy of this order on the Los Angeles

County Sheriff's Department IVVS Support Group via email at the following email address: IVVSSupport@LASD.org.

IT IS SO ORDERED.

Dated: **July 25, 2023**        /s/ Eric P. Gross
                                UNITED STATES MAGISTRATE JUDGE