1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  PREETI K. BAJWA, State Bar No. 232484
   Supervising Deputy Attorney General
3  TESSA LESSNER, State Bar No. 293610
   JOHN W. FAULCONER, State Bar No. 298015
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-4481
6    Fax:  (415) 703-5480
     E-mail:  John.Faulconer@doj.ca.gov
7  *Attorneys for Defendants E. Hernandez, J. Ceja,
   P. Ibarra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMES S. BUSH,**<br><br>Plaintiff,<br><br>v.<br><br>**K. SANTORO, et al.,**<br><br>Defendants. | 1:20-cv-00015-JLT-EPG<br><br>**DEFENDANTS' REQUEST TO EXCUSE APPEARANCE AT SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:         August 28, 2023<br>Time:         10:30 a.m.<br>Courtroom:  USDC – Eastern (Via Zoom)<br>Judge:        Hon. Christopher D. Baker<br>Trial Date:   February 6, 2023<br>Action Filed: January 6, 2020 |

**TO THE HONORABLE MAGISTRATE JUDGE CHRISTOPHER BAKER:**

The Court ordered a global settlement conference for the above referenced case matters for August 28, 2023.  Defendants Hernandez, Ceja, and Ibarra request this Court excuse their personal appearances at the upcoming settlement conference.

Defendants will be represented by Deputy Attorney General John W. Faulconer and Deputy Attorney General Tessa Lessner at the settlement conference.  (Declaration of John W. Faulconer

1

(Faulconer Decl.), ¶ 1.) Also present will be Kori Salas, from the Office of Legal Affairs for CDCR. (*Id.*)

Defendants' representatives will have full authority to settle as specified in the Court's Settlement Conference Standing Order. (Faulconer Decl., ¶ 2.)

Good cause exists to excuse the appearances of Defendants at the settlement conference. Defendants work at North Kern State Prison. (Faulconer Decl., ¶ 3.) Requiring Defendants to attend the settlement conference proceedings will divert them from their daily responsibilities. (*Id.*) The daily duties of Defendants include the maintenance of prison security, supervising inmates, and providing services to inmates. (*Id.*) Their absences may disrupt normal activity at the institution, and redirect staff, including staff with other critical responsibilities. (*Id.*)

Ms. Salas will also be present who is authorized to enter settlement on Defendants' behalf (Faulconer Decl., ¶ 4.)

Because settlement decisions and full monetary authority for the upcoming conference will lie with the Defendants' counsel, it is respectfully requested that the Court excuse the Prison Officials appearance on August 28, 2023

Dated: August 23, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
PREETI K. BAJWA
Supervising Deputy Attorney General
TESSA LESSNER
Deputy Attorney General

/s/ John Faulconer
JOHN W. FAULCONER
Deputy Attorney General
*Attorneys for Defendants
E. Hernandez, R. Hilario, J. Ceja, P. Ibarra
and R. Flowers*

2

Defs.' Request to Excuse from Settlement Conference   (1:20-cv-00015-JLT-EPG)

**[PROPOSED]** **ORDER**

Having reviewed the foregoing request and determined good cause, Defendant Hernandez, Ceja, and Ibarra are excused from personally appearing at the upcoming settlement conference on August 28, 2023. Defendants shall be represented by their counsel from the California Attorney General's Office with full settlement authority.

IT IS SO ORDERED.

Dated: __**August 23, 2023**__           _____
                                         UNITED STATES MAGISTRATE JUDGE

3

Defs.' Request to Excuse from Settlement Conference   (1:20-cv-00015-JLT-EPG)