

# FILED

## United States District Court
## Eastern District of California

DEC 14 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| James S. Bush |
|---|

Plaintiff(s)

Case Number:  | 1:20-cv-00015-JLT-EPG (PC) |

V.

| Jose Ceja et al. |
|---|

**APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER**

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Rosalind E. Dillon _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff James S. Bush

On ____11/07/2019____ (date), I was admitted to practice and presently in good standing in the

____Supreme Court of Illinois____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ____12/13/2023____        Signature of Applicant: /s/ Rosalind E. Dillon _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Rosalind E. Dillon |
| Law Firm Name: | The Civil Rights Group, LLC |
| Address: | 2045 W Grand Ave, Ste B, PMB 62448 |

| | | | | | |
|---|---|---|---|---|---|
| City: | Chicago | State: | IL | Zip: | 60612 |

| | |
|---|---|
| Phone Number w/Area Code: | (708) 722-2253 |
| City and State of Residence: | Santa Cruz, California |
| Primary E-mail Address: | roz@civilrightsgroup.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Thomas R. Kayes |
| Law Firm Name: | The Civil Rights Group, LLC |
| Address: | 2045 W Grand Ave, Ste B, PMB 62448 |

| | | | | | |
|---|---|---|---|---|---|
| City: | Chicago | State: | IL | Zip: | 60612 |

| | | | |
|---|---|---|---|
| Phone Number w/Area Code: | (708) 722-2241 | Bar # | 327020 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 12/14/23

JUDGE, U.S. DISTRICT COURT