UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>                Plaintiff,<br><br>v.<br><br>K. SANTORO, et al.,<br><br>                Defendants. | Case No.: 1:20-cv-00015 JLT EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF JAMES STACY BUSH, CDCR #AE9307<br><br>DATE: February 8, 2024<br>TIME: 8:30 a.m. |

      JAMES STACY BUSH, inmate CDCR #AE9307, a necessary and material party in a jury trial in this case beginning February 6, 2024, is confined at Centinela State Prison, 2302 Brown Road, Imperial, CA 92251, in the custody of the Warden. In order to secure this inmate's attendance at trial, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear in person, with his legal property relevant to this case, before District Court Judge Jennifer L. Thurston at the United States District Court, Courtroom #4, 2500 Tulare Street, Fresno, California 93721, on **Thursday, February 8, 2024, at 8:30 a.m.**

      **ACCORDINGLY, IT IS ORDERED that:**

      1.     A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a jury trial, at the time and place above, with his legal property relevant to this case, and continuing **from day to day until completion of court proceedings or as ordered by the Court**; and thereafter to return the inmate to the above institution.

      2.     The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of Centinela State Prison,
P.O. Box 731, Imperial, CA 92251-0731**

      **WE COMMAND** you to produce the inmate named above, with his legal property relative to this case, to appear before Judge Thurston at the time and place above, and from day to day until completion of the jury trial, or as ordered by the Court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **February 6, 2024**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE