# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>                    Plaintiff,<br><br>        v.<br><br>K. SANTORO, et al.,<br><br>                    Defendants. | Case No.: 1:20-cv-00015 JLT EPG (PC)<br><br>NOTICE THAT INMATE CHRISTOPHER MANUEL BAUTISTA, CDCR #BH5598, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

The jury trial in this matter commenced on February 6, 2024. **Inmate Christopher Manuel Baustista**, **CDCR # BH5598**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the Writ of Habeas Corpus ad Testificandum as to this inmate is **HEREBY DISCHARGED**.

IT IS SO ORDERED.

    Dated:    **February 8, 2024**                             _____
                                                                UNITED STATES DISTRICT JUDGE

1