1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11

JAMES S. BUSH,

12

Plaintiff,

13

v.

14

K. SANTORO, et al.,

15

Defendants.

Case No.: 1:20-cv-00015 JLT EPG (PC)

NOTICE THAT INMATE ANTHONY ANGEL RAMIREZ, CDCR #BM4533, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

16
17

The jury trial in this matter commenced on February 6, 2024. **Inmate Anthony Angel**

18

**Ramirez**, **CDCR # BM4533**, has testified and is no longer needed by the Court as a witness in

19

these proceedings. Accordingly, the Writ of Habeas Corpus ad Testificandum as to this inmate is

20

**HEREBY DISCHARGED**.

21
22

IT IS SO ORDERED.

23

Dated:   **February 8, 2024**

24

UNITED STATES DISTRICT JUDGE

25
26
27
28

1