**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES S. BUSH,<br><br>            Plaintiff,<br><br>     v.<br><br>K. SANTORO, et al.,<br><br>            Defendants. | Case No.: 1:20-cv-00015 JLT EPG (PC)<br><br>NOTICE THAT INMATE JAMES STACY BUSH, CDCR #AE9307, IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM |

The jury trial in this matter commenced on February 6, 2024. **Inmate James Stacy Bush, CDCR # AE9307**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the Writ of Habeas Corpus ad Testificandum as to this inmate is **HEREBY DISCHARGED**.

IT IS SO ORDERED.

   Dated:   **February 15, 2024**                                       _____
                                                                                                  UNITED STATES DISTRICT JUDGE