UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES S. BUSH,** <br><br> Plaintiff, <br><br> v. <br><br> **K. SANTORO, et al.,** <br><br> Defendants. | 1:20-cv-00015-JLT-EPG <br><br> **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE POST-TRIAL MOTIONS** <br> (Doc. 198) |

The defendants request that the Court to extend the time to file post-trial motions. (Doc. 198) The plaintiff has not responded to the request.

Based upon the showing of good cause, the defendants' motion is **GRANTED**. The defendants SHALL file any post-trial motion no later than April 12, 2024. **The Court notes, however, that this extension does not necessarily extend the appeal period. The defendants should conduct his own research on this topic.**

IT IS SO ORDERED.

Dated:  **March 12, 2024**

_____
UNITED STATES DISTRICT JUDGE