# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>        Plaintiff,<br><br>   v.<br><br>K. SANTORO, et al.,<br><br>        Defendants. | Case No.: 1:20-cv-00015-JLT-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANTS' POST-TRIAL MOTIONS<br><br>(Doc. 208) |

    Defendants have filed post-trial motions. (Doc. 202.) Now pending is Plaintiff James Bush's unopposed Motion for Administrative Relief to Extend the Deadline to Respond to Defendants' Post-Trial Motions ("Motion to Extend"). (Doc. 208.) Based upon a showing of good cause, Plaintiff's Motion to Extend (Doc. 208) is **GRANTED**.

    Plaintiff SHALL file his opposition, if any, to Defendants' post-trial motions **no later than May 3, 2024.** Defendants SHALL file their reply, if any, **no later than May 17, 2024**.

IT IS SO ORDERED.

    Dated: **April 29, 2024**

UNITED STATES DISTRICT JUDGE