UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>            Plaintiff,<br><br>     v.<br><br>PASCUAL IBARRA et al.,<br><br>            Defendants. | No. 1:20-cv-00015-JLT-EPG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN OVERSIZED BRIEF AND EXPANDING THE LENGTH OF THE REPLY BRIEF**<br>**(Doc. 210)** |

Plaintiff seeks leave to file an oversized brief. (Doc. 210) He argues that because the defendants have filed briefs totaling 54 pages, that 40 pages for the opposition is needed. The Court notes that at least some of the pages from the motion and supplemental brief are duplicates. Also, the Court notes that Plaintiff's multiplies the number of topics to be covered in his opposition by dividing single issues into subparts. (Doc. 210). However, the Court will **GRANT** the motion. The opposing brief SHALL NOT exceed 40 pages. Based upon the oversized opposition, the optional reply SHALL NOT exceed 15 pages.

IT IS SO ORDERED.

   Dated:   **May 2, 2024**                              _/s/ Jennifer L. Thurston_
                                                  UNITED STATES DISTRICT JUDGE

1

[Proposed] Order on Pl's Admin Mot. to Exceed Page Limit