UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES S. BUSH,<br><br>    Plaintiff,<br><br>v.<br><br>PASCUAL IBARRA et al.,<br><br>    Defendants. | No. 1:20-cv-00015-JLT-EPG<br><br>[PROPOSED] ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION FOR SETTLEMENT CONFERENCE AND STAY PENDING SETTLEMENT CONFERENCE |

   Plaintiff James Bush requests that the Court refer the parties to Magistrate Judge Baker for a settlement conference and stay Bush's deadlines to (i) elect to accept or reject the Court's remittitur and (ii) to file a motion for attorneys' fees and costs pending the outcome of the settlement conference. Defendants agree to the proposed relief. Good cause appearing, Plaintiff's motion is GRANTED.

   Within 21 days, counsel SHALL contact the chambers of Magistrate Judge Baker to schedule a settlement conference that will occur within 90 days of the date of this order. Pending the outcome of that settlement conference, Bush's deadlines to accept or reject the remittitur and seek attorneys' fees and costs are stayed. If the matter does not settle, then Bush must either accept the remittitur or opt for a new trial within 28 days after Magistrate Judge Baker informs this Court that the matter did not settle.  If Bush accepts the remittitur, then he shall file his motion for fees and costs within 14 days after acceptance of the

1 | remittitur.

Dated: May 28, 2025

_____
Hon. Jennifer L. Thurston
United States District Judge