UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES S. BUSH,**<br><br>                    Plaintiff,<br><br>    v.<br><br>**K. SANTORO, et al.,**<br><br>                    Defendants. | No. 1:20-cv-00015 JLT EPG<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO VACATE JUDGMENT** |

The parties brought a stipulated motion to vacate the judgment entered in this matter entered on February 15, 2024. (Doc. 186.) The Court has read and considered the stipulated request and grants the requests. The judgment entered on February 15, 2024 is hereby **VACATED.**

IT IS SO ORDERED.

   Dated:   **October 3, 2025**                                      _____
                                                                      UNITED STATES DISTRICT JUDGE

1

[Proposed] Order Granting  Stipulated Motion to Vacate Judgment (1:20-cv-00015-JLT-EPG)