UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES S. BUSH,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY SANTORO, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00015-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL<br><br>(ECF No. 229). |

On October 2, 2025, the parties filed a stipulation stating as follows: "Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree to dismiss Defendants Ibarra, Ceja, and Hernandez and all claims in this action. Each party bears its own costs and fees." (ECF No. 229).

In light of the parties' stipulation, Defendants Ibarra, Ceja, and Hernandez and all claims in this action have been dismissed, Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own attorney fees and costs. This case remains closed.

IT IS SO ORDERED.

    Dated:  **October 6, 2025**                    /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

1